manded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424.

No. 81–1830. EARL B. MILLER & CO. *v.* HUGHES. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424. JUSTICE STEVENS dissents and would deny certiorari.

No. 82–156. CITY OF RIVERSIDE ET AL. *v.* RIVERA ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424.

No. 82–192. DELTA AIR LINES, INC. *v.* THORNBERRY ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424.

No. 82–747. BOND ET AL. *v.* BURKS ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424. JUSTICE BLACKMUN and JUSTICE STEVENS dissent and would deny certiorari.

No. 82–816. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* BROZ ET AL. C. A. 11th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Heckler* v. *Campbell, ante,* at 464, n. 8.

No. 82–1335. RHODES ET AL. *v.* STEWART. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424.